THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Brian H.
 Gregory, Appellant.
 
 
 

Appeal From Spartanburg County
 Gordon G. Cooper, Circuit Court Judge

Unpublished Opinion No. 2009-UP-379
 Submitted June 1, 2009  Filed June 30,
2009    

APPEAL DISMISSED

 
 
 
 Appellate
 Defender Elizabeth A.
 Franklin, of Columbia, for Appellant.
 Assistant Chief Legal Counsel J. Benjamin Aplin, of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  While
 on probation for assault and battery of a high and aggravated nature, Brian H.
 Gregory became unemployed, absconded from supervision, and failed to pay monies
 he owed under his sentence.  The circuit court revoked Gregory's probation. 
 Gregory appeals, arguing the circuit court abused its discretion by revoking
 his probation without making a finding the victim's mother, who testified at
 the revocation hearing, was a "victim" within the meaning of the
 Victims' Bill of Rights.  After a
 thorough review of the record and counsel's brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Gregory's appeal and grant counsel's petition to be relieved.  
APPEAL
 DISMISSED.
SHORT, WILLIAMS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.